UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO LARES,

Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

Respondent.

Case No. C26-814RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On May 1, 2026, Respondents filed a Notice of Intent to Remove indicating that Petitioner has a final order of removal and that ICE plans to remove Petitioner from the United States to Venezuela on or after May 5, 2026. Dkt. #13. The instant Habeas Petition seeks only release from custody, not to stop the removal. Dkt. #3. Petitioner filed a letter to the Court indicating that his appeal before the Board of Immigration Appeals was dismissed on April 15, 2026, and that he intended to file an Emergency Motion for Stay of Removal with the Tenth Circuit Court of Appeals. *See* Dkt. #15. The Emergency Motion for Stay of Removal was denied on May 21, 2026. *See* Dkt. #5 in Tenth Circuit Court of Appeals Case No. 26-9537. Filings by Respondent in May and June of this year indicated that Petitioner was scheduled for removal in June. *See* Dkts. #20 and #27. The most recent update from Respondent indicates that Petitioner was removed to Venezuela on June 14, 2026. Dkt. #31.

Accordingly, the Court now STRIKES the instant Habeas Petition as MOOT. This case is CLOSED. Respondent is expected to ensure that a copy of this Minute Order is sent to Petitioner.

DATED this 10th day of August, 2026.

JOSHUA C. LEWIS, Clerk

By: *<u>/s/ Alejandro Pasaye Hernandez</u>*
Deputy Clerk